**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

In re )
**JAPOS, FIDEL** )
)  Case No.
)
Debtor(s). )
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **April 16, 2015**             **/s/ FIDEL JAPOS**
                                                    Debtor's Signature

DATED:_____            _____
                                                    Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | **Mailing Address:** | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | **Physical Address:** | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100 (Rev. 7/15/14)

```
Access Finance, Inc
3415 S Sepulveda Blvd St
Los Angeles, CA  90034

Amex
Po Box 297871
Fort Lauderdale, FL  33329

Brand Source/citi Cbna
50 Northwest Point Road
Elk Grove Village, IL  60007

Capital One
Po Box 85520
Richmond, VA  23285

Chase Card
Po Box 15298
Wilmington, DE  19850

Citi
Po Box 6241
Sioux Falls, SD  57117

Citibankna
1000 Technology Dr
O Fallon, MO  63368

Citibankna
Po Box 769006
San Antonio, TX  78245

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA  18773

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850

Dsnb Macys
9111 Duke Blvd
Mason, OH  45040

Dvra Collect
1959 Palomar Oaks Way St
Carlsbad, CA  92011

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107

Prfrd Cus Ac
Cscl Dispute Team
Des Moines, IA  50306
```

```
Syncb/jcp
4125 Windward Plaza
Alpharetta, GA   30005

The Golden 1 Credit Un
1108 O Street
Sacramento, CA   95814
```